JULIUS WEISS, as Administrator of BERTHA WEISS, Deceased, Appellant, *v.* METROPOLITAN STREET RAILWAY COMPANY, Respondent.

*Weiss* v. *Metropolitan Street Ry. Co.,* 33 App. Div. 221, affirmed.
(Argued January 22, 1901; decided February 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 18, 1898, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term, and an order denying a motion for a new trial.

*S. Livingston Samuels* and *Otto Horwitz* for appellant.

*Charles F. Brown* and *Henry A. Robinson,* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN and WERNER, JJ. Dissenting: CULLEN, J.

---

ROSE A. TETHERTON, as Administratrix of ALFRED TETHERTON, Deceased, Respondent, *v.* UNITED STATES TALC COMPANY, Appellant.

*Tetherton* v. *United States Talc Co.,* 41 App. Div. 613, affirmed.
(Argued January 23, 1901; decided February 8, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 14, 1899, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*Ledyard P. Hale, George R. Malby* and *Vasco P. Abbott* for appellant.

*John N. Carlisle, Charles A. Kellogg* and *Thomas Spratt* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.